
RECEIVED
NOV 1 5 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:11-cr-104 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | T. 18, U.S.C., § 2251(a) |
| ) | T. 18, U.S.C., § 2253 |
| RICHARD LEROY MOHR, ) | T. 18, U.S.C., § 2260A |
| ) | T. 18, U.S.C., § 2422(b) |
| Defendant. ) | T. 18, U.S.C., § 2428 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sexual Exploitation of a Child)**

That during the period beginning on or about May 23, 2011, and continuing until on or about May 26, 2011, in the Southern District of Iowa, and elsewhere, the defendant, RICHARD LEROY MOHR, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, a male approximately fifteen years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2260A.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Attempted Enticement of a Minor To Engage In Illicit Sexual Activities)

During the period beginning on or about May 23, 2011, and continuing to a date unknown to the Grand Jury but no later than June 13, 2011, in the Southern District of Iowa and elsewhere, the defendant, RICHARD LEROY MOHR, did attempt to use a facilities of interstate and foreign commerce, that is, the Internet and cell phone networks, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, a 15 year-old boy, to engage in sexual activities for which a person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b) and 2260A.

**THE GRAND JURY FURTHER FINDS:**

### NOTICE OF FORFEITURE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. From his engagement in any or all of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, RICHARD LEROY MOHR, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

    a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 and 2 of this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and,

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3. The property referenced in paragraphs 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

4. If, as a result of any act or omission of the defendant, RICHARD LEROY MOHR, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), and Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, RICHARD LEROY MOHR, up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

**A TRUE BILL**

/s/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
Joel W. Barrows
Assistant United States Attorney