IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:11-CR-00104 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM |
| RICHARD LEROY MOHR, | ) | |
| | ) | |
| Defendant. | ) | |

Sentencing is scheduled for March 7, 2014, at 11:30 a.m. Pursuant to the Court's Order filed November 5, 2013, the defendant provides the following information:

### I. Witnesses

Mr. Mohr does not anticipate calling any witnesses at the sentencing hearing.

### II. Exhibits

Mr. Mohr does not anticipate presenting any exhibits at the sentencing hearing.

### III. Sentencing Issues

This Court does not have to resolve Mr. Mohr's guideline objection to obstruction of justice. (*See* paragraphs 14 and 24 of the PSI) The mandatory

minimum sentence for count 1 is 45 years and becomes the guideline sentence.

The Court should order Mr. Mohr's federal sentences to be served concurrent with his State of Illinois prison sentences and civil commitment. *(See paragraphs 35 and 36 of the PSI)*

| | |
|---|---|
| CERTIFICATE OF SERVICE | /s/John L. Lane |
| | John L. Lane                AT0004570 |
| I hereby certify that on February 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: | 310 Law Building |
| | 225 Second Street S.E. |
| | Cedar Rapids, Iowa 52401 |
| Mr. John Keller | Telephone No. (319) 363-3839 |
| | Facsimile No.  (319) 363-4851 |
| /s/Judy Sevcik | E-mail:     attyjohnlane@msn.com |
| | ATTORNEY FOR DEFENDANT |

cc:   Mr. John Keller
      Assistant U.S. Attorney

      Ms. Katie Tady
      Senior U.S. Probation Officer

      Mr. Richard Mohr